# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>XPONENTIAL FITNESS, INC., et al.,<br><br>                              Defendants. | Case No. 8:24-cv-00285-JWH (KESx)<br><br>CLASS ACTION<br><br>ORDER REGARDING INITIAL CASE SCHEDULE |

4865-5496-5955.v1

Upon the Joint Stipulation proposed by Lead Plaintiff Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, the "South Florida Pension Funds" or "Lead Plaintiff") and defendants Xponential Fitness, Inc. ("Xponential" or the "Company") and John Meloun (collectively, "Defendants" and Defendants together with Lead Plaintiff, the "Parties") with respect to the initial case schedule, and with good cause being shown, the Court hereby **ORDERS** as follows:

1. Pursuant to the Court's Lead Plaintiff Order, the Securities Act Complaint, upon filing, will be consolidated into this action.

2. Defendants, including Anthony Geisler who is named as a defendant in this action, are not required to answer, move, or otherwise respond to the original complaint filed in this action or to the Securities Act Complaint filed in the related action.

3. Lead Plaintiff shall file the Consolidated Complaint by no later than July 26, 2024.

4. The parties shall meet and confer and propose a schedule to this Court for briefing any motion to dismiss the Consolidated Complaint by no later than August 9, 2024.

**IT IS SO ORDERED.**

DATED: _____June 5, 2024_____

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4865-5496-5955.v1