UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CITY OF TAYLOR GENERAL
EMPLOYEES RETIREMENT
SYSTEM, on Behalf of Itself and All
Others Similarly Situated,

       Plaintiff,

  vs.

XPONENTIAL FITNESS, INC., et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:24-cv-00285-JWH (KESx)

CLASS ACTION

ORDER REGARDING MOTION TO
DISMISS BRIEFING SCHEDULE

4873-7810-3510.v1

Upon the Joint Stipulation Regarding Motion to Dismiss Briefing Schedule, proposed by Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Lead Plaintiffs") and defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners LLC, and R. Seelaus & Co., LLC (collectively, "Defendants"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1.    Defendants shall file any motion to dismiss the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 39) ("Consolidated Complaint") by no later than October 8, 2024.

2.    Lead Plaintiffs shall file their opposition to any motion to dismiss the Consolidated Complaint by no later than December 6, 2024.

3.    Defendants shall file their reply in support of any motion to dismiss the Consolidated Complaint by no later than January 29, 2025.

4.    Defendants shall set the hearing on any motion to dismiss the Consolidated Complaint on February 14, 2025, at 9:00 a.m.

5.    Defendant Anthony Geisler may join in this schedule after his counsel makes an appearance in the case.

**IT IS SO ORDERED**.

DATED:    August 9, 2024

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4873-7810-3510.v1