Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
ALLEN OVERY SHEARMAN STERLING US LLP
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS** <br><br> Date: February 14, 2025 <br> Time: 9:00 a.m. <br><br> Hon. John W. Holcomb <br> Courtroom 9D, Santa Ana <br><br> Action Filed: February 9, 2024 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 14, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Dept. 9D, Room 1053, Santa Ana, CA 92701-4516, that defendants BofA Securities, Inc., Guggenheim Securities, LLC, Jefferies LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., R. Seelaus & Co., LLC, Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, and Roth Capital Partners, LLC (collectively, the "Underwriter Defendants"), by their undersigned attorneys, hereby by will join and do join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their motion for an order dismissing the Amended Complaint for Violations of the Federal Securities Laws ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

The Underwriter Defendants specifically join in the Background and Section III.A of the Memorandum of Points and Authorities, and the accompanying Declaration of Jeffrey D. Lombard, and Request for Judicial Notice, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion to the extent applicable to the claims against the Underwriter Defendants, and respectfully request that the Court dismiss all claims asserted against the Underwriter Defendants (which are asserted under Sections 11 and 12 of the Securities Act of 1933) with prejudice for the reasons stated therein.

DATED: October 8, 2024          Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

*/s/ Agnès Dunogué*
Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

NOTICE OF JOINDER OF THE
UNDERWRITER DEFENDANTS IN
THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS                    2                    8:24-CV-00285-JWH (KESx)