WILLKIE FARR & GALLAGHER LLP
Matthew M. Gurvitz (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  (310) 855-3000

Attorneys for Defendant
ANTHONY GEISLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XPONENTIAL FITNESS, INC., ANTHONY GEISLER, JOHN MELOUN, MARK GRABOWSKI, BRENDA MORRIS, CHELSEA GRAYSON, BofA SECURITIES, INC., JEFFERIES LLC, MORGAN STANLEY & CO. LLC, GUGGENHEIM SECURITIES, LLC, PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, RAYMOND JAMES & ASSOCIATES, INC., ROTH CAPITAL PARTNERS, LLC, and R. SEELAUS & CO., LLC,<br><br>Defendants. | Case No. 8:24-cv-00285-JWH (KESx)<br><br>CLASS ACTION<br><br>Hon. John W. Holcomb<br>Courtroom 9D – Santa Ana<br><br>**NOTICE OF JOINDER OF DEFENDANT ANTHONY GEISLER IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS [ECF 67]**<br><br>Date:          February 14, 2025<br>Time:         9:00 a.m.<br>Crtrm.:       9D<br><br>Action Filed: February 9, 2024<br>Consolidated Complaint<br>Filed:         July 26, 2024<br>Trial Date:    None set |

79885203

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310.855.3000

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310.855.3000

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 14, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9D, 9th Floor, Santa Ana, California 92701, defendant Anthony Geisler ("Geisler"), will join and hereby does join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their Notice Of Motion And Motion To Dismiss (ECF 67) that moves for an order dismissing the Amended Complaint for Violations of the Federal Securities Laws ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").[1]

Geisler specifically joins in the Background and Sections III.A, III.B, III.C, and III.D of the Memorandum of Points and Authorities, the accompanying Declaration of Jeffrey D. Lombard, the Request for Judicial Notice, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion to the extent applicable to the claims against Geisler, and respectfully requests that the Court dismiss all claims asserted against Geisler with prejudice for the reasons stated therein.

Date: October 14, 2024

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By:  /s/ Matthew M. Gurvitz
      Matthew M. Gurvitz

Attorneys for Defendant
ANTHONY GEISLER

---

[1] On October 9, 2024, this Court issued an order extending the time for Geisler to respond to the Complaint to no later than October 22, 2024.  *See* ECF 70.

79885203

1