# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **ORDER GRANTING JOINT STIPULATION CONTINUING SCHEDULING CONFERENCE** |
| | Action Filed:  February 9, 2024 |

On November 20, 2024, Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund and defendants Xponential Fitness, Inc., Anthony Geisler, John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners LLC, and R. Seelaus & Co., LLC filed a Joint Stipulation Continuing Scheduling Conference (the "Joint Stipulation").  Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.     The Joint Stipulation is **GRANTED in part**.

2.     In light of the PSLRA discovery stay, the Scheduling Conference currently set for February 14, 2025, and all deadlines associated therewith, are **VACATED**.

3.     The Court will reset the Scheduling Conference after it rules on Defendants' pending Motion to Dismiss.

**IT IS SO ORDERED.**

DATED:  November 20, 2024

The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION CONTINUING SCHEDULING CONFERENCE
CASE NO. 8:24-cv-00285-JWH-KES