UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT FOR LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

4870-6860-4159.v1

Upon Lead Plaintiffs' Unopposed Motion to Extend the Page Limit for Lead Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, and with good cause being shown, the Court hereby **ORDERS** that the page limit for Lead Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss is **EXTENDED** to 35 substantive pages, excluding the caption, table of contents, table of authorities, signature block, certification required by L.R. 11-6.2, and any indices and exhibits, as identified in L.R. 11-6.1.

**IT IS SO ORDERED**.

DATED:  November 26, 2024

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4870-6860-4159.v1