UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re XPONENTIAL FITNESS SECURITIES LITIGATION | ) ) ) ) | Case No. 8:24-cv-00285-JWH (KESx) |
| | | CLASS ACTION |
| | | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS |

4926-6235-1107.v1

Having considered the papers submitted in support of and in opposition to Defendants' Motion to Dismiss (ECF 67) (the "Motion"), the argument of counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is DENIED;

2.    Defendants shall file and serve their answer to the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 39) within 30 days after date of this Order.

**IT IS SO ORDERED**.

DATED: _____    _____
THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4926-6235-1107.v1