ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ (134781)
DOUGLAS R. BRITTON (188769)
JEREMY W. DANIELS (351347)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
dougb@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| | DATE: February 14, 2025 |
| | TIME: 9:00 a.m. |
| | CTRM: 9D |
| | JUDGE: Hon. John W. Holcomb |

4933-2575-6931.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Friday, February 14, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard by the Honorable John W. Holcomb, Courtroom 9D, 411 W. 4th Street, Santa Ana, California 92701, Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Plaintiffs") will and hereby do move this Court for an order granting Plaintiffs permission to supplement the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 39).  In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Douglas R. Britton, and a [Proposed] Order.

DATED:  December 6, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ
DOUGLAS R. BRITTON
JEREMY W. DANIELS


                    s/ Douglas R. Britton
          DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
dougb@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Additional Counsel

- 1 -

4933-2575-6931.v1