UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | <u>CLASS ACTION</u> |
| | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4905-3393-8691.v1

This Court, having considered Lead Plaintiffs' Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws (the "Motion"), and all papers and argument provided in connection with the Motion, and good cause appearing therefor, hereby GRANTS the Motion and ORDERS the following:

Lead Plaintiffs are hereby authorized to file the Supplemented Consolidated Complaint for Violations of the Federal Securities Laws previously submitted to the Court as Exhibit 1 to the Declaration of Douglas R. Britton in Support of Lead Plaintiffs' Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws.

**IT IS SO ORDERED**.

DATED: _____   _____
THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4905-3393-8691.v1