ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ (134781)
DOUGLAS R. BRITTON (188769)
JEREMY W. DANIELS (351347)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
dougb@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| | DATE:      February 14, 2025 |
| | TIME:       9:00 a.m. |
| | CTRM:     9D |
| | JUDGE:   Hon. John W. Holcomb |

4898-5044-8899.v1

I, Douglas R. Britton, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Plaintiffs").  I make this declaration in support of Lead Plaintiffs' Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Pursuant to L.R. 7-3, on December 3, 2024, my colleagues and I met and conferred by telephone with counsel for each defendant.  We explained Plaintiffs' intent to file the motion and the basis for the motion, and identified how the supplemented complaint would quote from the Consent Order in one paragraph and then add paragraphs referring back to the single paragraph containing the quote.  We also addressed questions from defense counsel concerning our view of the difference between an amendment and a supplement under Federal Rule of Civil Procedure 15, and explained that Plaintiffs are willing to adjust the schedule on the motion to dismiss if defendants need additional time to respond to the motion to supplement. Counsel for defendants indicated that they would oppose the motion.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:   Supplemented Consolidated Complaint for Violations of the Federal Securities Laws;

Exhibit 2:   Redline comparison of the Supplemented Consolidated Complaint for Violations of the Federal Securities Laws to the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 39); and

- 1 -

4898-5044-8899.v1

Exhibit 3:    Consent Order in *The Commissioner of Financial Protection and Innovation v. Xponential Fitness, Inc., et al.*, dated November 4, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2024.

s/ Douglas R. Britton
DOUGLAS R. BRITTON

- 2 -

4898-5044-8899.v1