UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CITY OF TAYLOR GENERAL
EMPLOYEES RETIREMENT
SYSTEM, on Behalf of Itself and All
Others Similarly Situated,

     Plaintiff,

 vs.

XPONENTIAL FITNESS, INC., et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:24-cv-00285-JWH (KESx)

**CLASS ACTION ORDER
REGARDING PENDING MOTION
TO DISMISS AND MOTION TO
SUPPLEMENT**

Upon the Joint Stipulation Regarding Pending Motion to Dismiss and Motion to Supplement, proposed by Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Lead Plaintiffs") and Defendants Xponential Fitness, Inc.; Anthony Geisler; John Meloun; Mark Grabowski; Brenda Morris; Chelsea Grayson; BofA Securities, Inc.; Jefferies LLC; Morgan Stanley & Co. LLC; Guggenheim Securities, LLC; Piper Sandler & Co.; Robert W. Baird & Co. Incorporated; Raymond James & Associates, Inc.; Roth Capital Partners LLC; and R. Seelaus & Co., LLC (collectively, "Defendants"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1.      Defendants' deadline to file their reply brief(s) in support of the Motion to Dismiss Plaintiffs' Consolidated Complaint ("Motion to Dismiss") [ECF No. 67] are **STAYED** pending a decision by the Court on the Motion to Supplement the Consolidated Complaint ("Motion to Supplement") [ECF No. 81].

2.      If the Court denies the Motion to Supplement, then Defendants shall file their reply brief(s) in support of the Motion to Dismiss within three (3) weeks of the Court's order.

3.      If the Court grants the Motion to Supplement and denies Defendants' request for full briefing on the Supplemental Consolidated Complaint, then Defendants shall file their reply brief(s) in support of the Motion to Dismiss within three (3) weeks of the Court's order.

4.      If the Court grants the Motion to Supplement but also grants Defendants' request for full briefing on the Supplemental Consolidated Complaint, then the parties shall meet and confer and submit a proposed schedule for full briefing on the Supplemental Consolidated Complaint within seven (7) days of the Court's order.

- 1 -

5.     The hearing on the Motion to Dismiss set for February 14, 2025, is **VACATED**, and it shall be rescheduled pending the outcome of the Motion to Supplement.

6.     Defendants shall file their opposition(s) to the Motion to Supplement on or before January 17, 2025, and Lead Plaintiffs shall file their reply, if any, in support of the Motion to Supplement on or before January 31, 2025.  The hearing on the Motion to Supplement remains on calendar for February 14, 2025, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:     January 7, 2025

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 2 -