GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
   mcelio@gibsondunn.com
JEFFREY D. LOMBARD, SBN 285371
   jlombard@gibsondunn.com
310 University Ave
Palo Alto, CA 94301
Telephone:   650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendants
Xponential Fitness, Inc., John Meloun, Mark
Grabowski, Chelsea Grayson, and Brenda
Morris

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **DECLARATION OF JEFFREY D. LOMBARD IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION TO SUPPLEMENT** |
| | Date:     February 14, 2025<br>Time:     9:00 a.m. |
| | Action Filed: February 9, 2024 |

Gibson, Dunn &
Crutcher LLP

1

I, Jeffrey D. Lombard, declare and state as follows:

1.    I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am Of Counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Xponential Fitness, Inc. ("Xponential"), John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (collectively, the "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.    On December 2, 2024, Plaintiffs notified Defendants of their intent to file a motion to supplement the consolidated complaint to reflect the consent order published by the California Department of Financial Protection and Innovation on November 4, 2024.

3.    On December 19, 2024, Defendants met and conferred with Plaintiffs and proposed not to oppose the pending motion to supplement if Plaintiffs agreed to provide Defendants with an opportunity to file a renewed motion to dismiss addressing the new allegations in the proposed supplemented complaint. Defendants said they were willing to file a renewed motion to dismiss on an expedited briefing schedule whereby all briefing on the proposed supplemented complaint would have been complete by March 7, 2025.

4.    On December 23, 2024, Plaintiffs informed Defendants they did not believe the proposed supplemented complaint warrants a redo of the full motion to dismiss briefing stating, "Defendants will have an opportunity to address the consent order in their reply brief, which in our view is sufficient."

Gibson, Dunn & Crutcher LLP

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of January 2025, at Palo Alto, California.

/s/ Jeffrey D. Lombard
Jeffrey D. Lombard

## ECF ATTESTATION

I, Michael D. Celio, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in filing of this document has been obtained by the above signatory.

Dated: January 17, 2025

/s/ Michael D. Celio
Michael D. Celio

Gibson, Dunn & Crutcher LLP

3

DECL. OF JEFFREY D. LOMBARD IN SUPP. OF DEFS.' OPP'N TO LEAD PLS.' MOT. TO SUPPL.
CASE NO. 8:24-cv-00285-JWH-KES