John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Thomas A. Zaccaro, State Bar No. 183241
tzaccaro@hueston.com
Spencer M. Schmider, State Bar No. 332147
sschmider@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant*
*Anthony Geisler*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb Courtroom 9D, Santa Ana |
| | **NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS [ECF 88]** |
| | Date:       February 14, 2025 Time:       9:00 a.m. |
| | Action Filed:  February 9, 2024 |

6879778

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on February 14, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9D, 9th Floor, Santa Ana, California 92701, Defendant Anthony Geisler, by and through his undersigned attorneys, will join and hereby does join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their Opposition to Lead Plaintiffs' Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws [ECF 88].

Dated:  January 17, 2025                    HUESTON HENNIGAN LLP

By: _____
                                            John C. Hueston
                                            Vicki Chou
                                            Thomas A. Zaccaro
                                            Spencer M. Schmider

                                            *Attorneys for Defendant*
                                            *Anthony Geisler*

6879778