Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
ALLEN OVERY SHEARMAN STERLING US LLP
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | <u>CLASS ACTION</u> |
| | **NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN THE XPONENTIAL DEFENDANTS' OPPOSITION TO THE MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT** |
| | Date:  February 14, 2025<br>Time: 9:00 a.m. |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | Action Filed:  February 9, 2024 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 14, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Dept. 9D, Room 1053, Santa Ana, CA 92701-4516, that defendants BofA Securities, Inc., Guggenheim Securities, LLC, Jefferies LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., R. Seelaus & Co., LLC, Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, and Roth Capital Partners, LLC (collectively, the "Underwriter Defendants"), by their undersigned attorneys, hereby by will join and do join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in opposition to Plaintiffs' Motion to Supplement the Consolidated Complaint (the "Motion").

DATED: January 17, 2025     Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

*/s/ Daniel Lewis*
Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

NOTICE OF JOINDER OF THE
UNDERWRITER DEFENDANTS IN
THE XPONENTIAL DEFENDANTS'
OPPOSITION TO THE MOTION TO SUPPLEMENT     1     8:24-CV-00285-JWH (KESx)