# EXHIBIT C

# EXHIBIT C

The analysis in ¶63 is based on data from Xponential's FDDs. The six brands depicted in the charts represented the majority of Xponential's total studios for each of the periods presented. The four brands not depicted include Club Pilates, StretchLab, Rumble, and Body Fit Training. On a studio-level basis, the vast majority, roughly 99%, of the studios not depicted are Club Pilates and StretchLab studios. The Rumble brand was excluded due to the fact that the only qualified studios, for which FDD data was available, during the relevant period consisted of larger format "signature" studios that were twice the size of the Company's boutique studio format, cost over twice as much to open as a boutique studio, and generated higher revenues. Thus, the data was not representative of the Company's boutique studio model. The Body Fit Training brand was excluded due to the fact that for the entirety of the relevant period, the only qualified studios, for which FDD data was available, were the two original founder-owned studios, and thus the data was not representative of the Company's franchisee-owned boutique studio model.

Qualified studios, as defined in Xponential's FDDs, are defined as North American studios that have been open for six months or longer at the beginning of the period presented (for certain brands, qualified studios are defined as studios that have been open for 12 months or longer at the beginning of the period presented). On average, newer studios, open for six months or less, generate significantly lower monthly revenue than qualified studios that have been open for six months or longer. Thus, the brand-by-brand analyses depict average monthly revenues that are higher than the actual average monthly revenue across all studios (including new studios) for a particular brand. Likewise, average annualized operating losses would be higher and/or average annualized operating profits would be lower or non-existent when incorporating all studios (including new studios) for a particular brand.

The average annualized operating profit and loss calculations are based on the average monthly revenue per studio and estimated average monthly operating expenses of $31,000 per studio, which is based on several data points. According to defendants, "the average studio in North America will need to generate somewhere between $27,000 to $31,000 a month to breakeven." Likewise, numerous analysts have estimated break-even in the same range (*see, e.g.*, November 1, 2023 Bank of America analyst report ("XPOF Consolidated Studio Level Economics weighted based on studios opened[: $31,985]"); June 29, 2023 Lake Street Capital Markets analyst report ("The average studio has to achieve, on average, $360K of revenue, or $30K/month, to be four wall breakeven.")). Note, these figures do not include interest or principle payments on loans that many studio owners took out to pay for the ~$350,000-$500,000 in initial studio opening costs. In its September 6, 2023 Investor Day presentation, the Company illustrated a $300,000 loan, at interest rates of 7%-12%, which would add roughly $1,750 - $3,000 of additional interest expense to the average monthly operating expenses per studio.