# EXHIBIT D

# EXHIBIT D

The analysis in ¶64 is based on data from Xponential's FDDs and Xponential's SEC filings. The number of Club Pilates, StretchLab, and Rumble qualified studios was calculated based on the average of monthly qualified studio counts during a quarter. *See* Ex. C for descriptions of qualified studios. The number of remaining studios was calculated as total reported North American studios less the number of listed qualified Club Pilates, Stretch Lab, and Rumble qualified studios. The remaining studios category includes all studios for the seven remaining Xponential brands as well as the newer Club Pilates, StretchLab, and Rumble studios that did not reach qualified studio status (open for six months or more) by the start of the last month of the quarter, for which financial data was not available. The average monthly revenue per remaining studio was calculated based on total reported quarterly North American studio revenue less reported revenues (from FDDs) for Club Pilates, StretchLab, and Rumble qualified studios. The average annualized operating profit and loss calculation per remaining studio is based on average monthly revenue per remaining studio (described above) and average monthly operating expenses of $31,000 per studio. *See* Ex. C for description of estimated average monthly operating expenses.