ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON (188769)
JEREMY W. DANIELS (351347)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | NOTICE OF REVISIONS TO CONSOLIDATED COMPLAINT |

4917-9549-6735.v1

Pursuant to the Order Granting Plaintiffs' Motion to Supplement the Consolidated Complaint dated February 18, 2025 (ECF 95) (the "Order") and Federal Rule of Civil Procedure 15(d), Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Lead Plaintiffs") hereby file this Notice of Revisions to the Consolidated Complaint in the above-captioned action. Section IV of the Court's Order stated in pertinent part:

> Plaintiffs are **DIRECTED** to file a Supplemented Consolidated Complaint no later than March 7, 2025. Plaintiffs are also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to Consolidated Complaint that provides the Court with a redline version that shows the amendments.

*See* Order at 4 (emphasis in original).

As required by the Court's Order, a redline version of Lead Plaintiffs' Supplemented Consolidated Complaint that shows the amendments is attached hereto as Exhibit 1, and Lead Plaintiffs shall file a Supplemented Consolidated Complaint contemporaneously with the instant notice.

DATED: February 28, 2025

ROBBINS GELLER RUDMAN
& DOWD LLP
DOUGLAS R. BRITTON
JEREMY W. DANIELS

s/ Douglas R. Britton
DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 1 -

4917-9549-6735.v1

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Additional Counsel

- 2 -

4917-9549-6735.v1