UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

vs.

XPONENTIAL FITNESS, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:24-cv-00285-JWH (KESx)

CLASS ACTION

**order regarding Briefing schedule for defendants' motion to dismiss the supplemented consolidated complaint**

Upon the Joint Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss the Supplemented Consolidated Complaint, proposed by Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund (collectively, "Lead Plaintiffs") and defendants Xponential Fitness, Inc., Anthony Geisler, John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners LLC, and R. Seelaus & Co., LLC (collectively, "Defendants"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1.      Plaintiffs shall file the Supplemented Consolidated Complaint, along with the Notice of Revisions to the Consolidated Complaint, by February 28, 2025.

2.      Defendants shall file their respective motion(s) to dismiss by April 15, 2025.

3.      The page limit for Xponential's motion to dismiss is 35 substantive pages, excluding the caption, table of contents, table of authorities, signature block, and certification required by L.R. 11-6.2, and any indices and exhibits as identified in L.R. 11-6.1.

4.      The parties will meet and confer and file a stipulation regarding the page limit for Plaintiffs' opposition to Defendants' motion to dismiss and for Defendants' reply in support of their motion to dismiss following the filing of Defendants' motion(s) to dismiss. Consent will not be unreasonably withheld.

5.      Plaintiffs shall file their opposition to any motion(s) to dismiss by May 30, 2025.

6.      Defendants shall file their reply briefs in support of any motion(s) to dismiss by July 15, 2025.

- 1 -

7.    Defendants shall set any motion(s) to dismiss for hearing on Tuesday, August 5, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:      March 3, 2025

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 2 -