John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Thomas A. Zaccaro, State Bar No. 183241
tzaccaro@hueston.com
Spencer M. Schmider, State Bar No. 332147
sschmider@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant*
*Anthony Geisler*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | <u>CLASS ACTION</u> |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT [ECF NO. 101]** |
| | Date:   August 5, 2025<br>Time:   10:00 a.m. |
| | Action Filed:  February 9, 2024 |

NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE DEFENDANTS' MOTION TO DISMISS THE SUPPPLEMENTED COMPLAINT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 5, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9D, 9th Floor, Santa Ana, California 92701, Defendant Anthony Geisler, by and through his undersigned attorneys, will join and hereby does join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their Notice of Motion and Motion to Dismiss the Supplemented Consolidated Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 101 (the "Motion").

Mr. Geisler specifically joins in the Motion in its entirety, including the notice, memorandum of points and authorities, accompanying Declaration of Jeffrey D. Lombard, request for judicial notice, and all associated documents and exhibits, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion to the extent applicable to the claims against Mr. Geisler, and respectfully requests that the Court dismiss all claims asserted against him with prejudice for the reasons stated therein.

Dated: April 15, 2025                     HUESTON HENNIGAN LLP


By: _____
    John C. Hueston
    Vicki Chou
    Thomas A. Zaccaro
    Spencer M. Schmider

    *Attorneys for Defendant*
    *Anthony Geisler*

NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE DEFENDANTS' MOTION TO DISMISS THE SUPPPLEMENTED COMPLAINT