Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
ALLEN OVERY SHEARMAN STERLING US LLP
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

Patrick T. Hein (SBN 254431)
ALLEN OVERY SHEARMAN STERLING US LLP
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105-2997
Tel.: (415) 616-1100
patrick.hein@aoshearman.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx)<br><br>CLASS ACTION<br><br>**NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT**<br><br>Date: August 5, 2025<br>Time: 9:00 a.m.<br><br>Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana<br><br>Action Filed: February 9, 2024 |

NOTICE OF JOINDER OF THE UNDERWRITER
DEFENDANTS IN THE XPONENTIAL DEFENDANTS'
MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT

8:24-CV-00285-JWH (KESx)

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 5, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Dept. 9D, Room 1053, Santa Ana, CA 92701-4516, that defendants BofA Securities, Inc., Guggenheim Securities, LLC, Jefferies LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., R. Seelaus & Co., LLC, Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, and Roth Capital Partners, LLC (collectively, the "Underwriter Defendants"), by their undersigned attorneys, hereby by will join and do join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their motion for an order dismissing the Supplemented Consolidated Complaint for Violations of the Federal Securities Laws ("Supplemented Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

The Underwriter Defendants, to the extent applicable to the claims asserted against them, join in the Background and Sections IV.A and B of the Memorandum of Points and Authorities, the accompanying Declaration of Jeffrey D. Lombard and the exhibits attached thereto, the Request for Judicial Notice, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion, and respectfully request that the Court dismiss all claims asserted against the Underwriter Defendants under Sections 11 and 12 of the Securities Act of 1933 with prejudice for the reasons stated therein.

1

NOTICE OF JOINDER OF THE UNDERWRITER
DEFENDANTS IN THE XPONENTIAL DEFENDANTS'
MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT

8:24-CV-00285-JWH (KESx)

DATED: April 15, 2025        Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

*/s/ Daniel Lewis*
Daniel Lewis (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
agnes.dunogue@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

Patrick T. Hein (SBN 254431)
ALLEN OVERY SHEARMAN STERLING US LLP
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105-2997
Tel.: (415) 616-1100
patrick.hein@aoshearman.com

*Attorneys for Underwriter Defendants*

NOTICE OF JOINDER OF THE UNDERWRITER
DEFENDANTS IN THE XPONENTIAL DEFENDANTS'
MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT

8:24-CV-00285-JWH (KESx)