# EXHIBIT E

## EXHIBIT E

The analysis in ¶211 is based on financial data from Xponential's FDDs and Xponential's SEC filings.  The number of Club Pilates, StretchLab, and Rumble qualified studios included in the quarterly AUV metric was calculated based on the average of monthly qualified studio counts during a quarter.  *See* Ex. C for descriptions of qualified studios and excluded brands. The number of remaining qualified studios across the remaining brands that are included in the quarterly AUV metric was calculated based on the total reported number of qualified studios included in the quarterly AUV metric less the number of listed Club Pilates, StretchLab, and Rumble qualified studios included in the quarterly AUV metric. The average annualized operating profit and loss calculations are based on the reported quarterly run-rate AUV, the reported number of studios included in the quarterly run-rate AUV metric, the average monthly revenue per studio by brand from FDDs, and estimated average monthly operating expenses of $31,000 per studio, which is based on several data points.  *See* Ex. C for description of estimated average monthly operating expenses.

- 1 -

4885-5486-6899.v4

Exhibit E
Page 173