# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 8:24-cv-00285-JWH (KESx) |
| XPONENTIAL FITNESS SECURITIES LITIGATION | <u>CLASS ACTION</u> |
| | **ORDER REGARDING JOINT STIPULATION REGARDING LEAD PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |

4935-9708-7020.v1

Upon the Joint Stipulation Regarding Lead Plaintiffs' Amended Consolidated Complaint, proposed by Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund and defendants Xponential Fitness, Inc. ("Xponential"), Anthony Geisler, John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners, LLC, and R. Seelaus & Co., LLC (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1.      The briefing schedule established by the Court on March 3, 2025 (ECF 100), regarding Defendants' Motion to Dismiss the Supplemented Complaint (ECF 101) and all deadlines contained therein are **VACATED**.  The hearing set for August 5, 2025, is also **VACATED**.

2.      Defendants shall file their respective Rule 12 motion(s) in response to the Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 104) by July 1, 2025.

3.      The page limit for any Rule 12(b)(6) motion to dismiss from Xponential is 35 substantive pages, excluding the caption, table of contents, table of authorities, signature block, and certification required by L.R. 11-6.2, and any indices and exhibits identified in L.R. 11-6.1.

4.      The Parties will meet and confer and file a stipulation regarding the page limit for Lead Plaintiffs' opposition to Defendants' motion(s) to dismiss and for Defendants' reply in support of their motion(s) to dismiss following the filing of Defendants' motion(s) to dismiss.  Consent will not be unreasonably withheld.

5.      Lead Plaintiffs shall file any opposition(s) to any Rule 12 motion(s) filed by Defendants by August 29, 2025.

- 1 -

4935-9708-7020.v1

6.     Defendants shall file their reply briefs in support of any Rule 12 motion(s) by October 14, 2025.

7.     Defendants Snapdragon Capital Partners, H&W Investco, LP, and H&W Investco II, LP may join in this schedule after their counsel makes an appearance in the case.

**IT IS SO ORDERED**.

DATED:     May 13, 2025

The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

- 2 -

4935-9708-7020.v1