HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Thomas A. Zaccaro, State Bar No. 183241
tzaccaro@hueston.com
Spencer M. Schmider, State Bar No. 332147
sschmider@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant*
*Anthony Geisler*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT [ECF NO. 112]** |
| | Date:      November 14, 2025<br>Time:      10:00 a.m. |
| | Action Filed:  February 9. 2024 |

- 1 -
CASE NO. 8:24-CV-00285-JWH-KES
NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT [ECF NO. 112]

7062677

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 14, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9D, 9th Floor, Santa Ana, California 92701, Defendant Anthony Geisler, by and through his undersigned attorneys, will join and hereby does join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in support of their Notice of Motion and Motion to Dismiss the Amended Consolidated Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 112 (the "Motion").

Mr. Geisler specifically joins in the Motion in its entirety, including the notice, memorandum of points and authorities, accompanying Declaration of Jeffrey D. Lombard, request for judicial notice, and all associated documents and exhibits, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion to the extent applicable to the claims against Mr. Geisler, and respectfully requests that the Court dismiss all claims asserted against him with prejudice for the reasons stated therein.

Dated:  July 1, 2025

HUESTON HENNIGAN LLP

By: _____
Vicki Chou

*Attorneys for Defendant
Anthony Geisler*

- 2 -

7062677