GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
   mcelio@gibsondunn.com
JEFFREY D. LOMBARD, SBN 285371
   jlombard@gibsondunn.com
310 University Ave
Palo Alto, CA 94301
Telephone:   650.849.5300
Facsimile:   650.849.5333

*Attorneys for Defendants*
*Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES<br><br>CLASS ACTION<br><br>Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana<br><br>**DEFENDANT XPONENTIAL FITNESS, INC.'S NOTICE OF SUBSEQUENT EVENT**<br><br>Date:     November 14, 2025<br>Time:     10:00 a.m.<br><br>Action Filed:  February 9, 2024 |

Gibson, Dunn & Crutcher LLP

DEFENDANT XPONENTIAL FITNESS, INC.'S NOTICE OF SUBSEQUENT EVENT
CASE NO. 8:24-cv-00285-JWH-KES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that after Defendant Xponential Fitness, Inc. ("Xponential") filed its Motion to Dismiss Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws on July 1, 2025, Dkt. 112, Xponential filed a Current Report on Form 8-K with the SEC on July 2, 2025 stating, in relevant part: "On July 1, 2025, the SEC informed the Company that it had concluded its investigation without action."

Attached as **Exhibit A** is a true and correct copy of Xponential's Current Report on Form 8-K, filed with the SEC on July 2, 2025.  Exhibit A is publicly available at https://www.sec.gov/edgar/search/.


DATED:  July 15, 2025                           Respectfully submitted,

                                                GIBSON, DUNN & CRUTCHER LLP


                                                By: */s/ Michael D. Celio*
                                                     Michael D. Celio

                                                Attorneys for Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris

Gibson, Dunn &
Crutcher LLP

DEFENDANT XPONENTIAL FITNESS, INC.'S NOTICE OF SUBSEQUENT EVENT
CASE NO. 8:24-cv-00285-JWH-KES

# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## FORM 8-K

---

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): July 1, 2025**

---

# XPONENTIAL FITNESS, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-40638** | **84-4395129** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**17877 Von Karman Ave., Suite 100**
**Irvine, CA 92614**
**(Address of principal registered offices, including zip code)**

**(949) 346-3000**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|:---:|:---:|
| Class A common stock, par value $0.0001 per share | XPOF | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2). Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 8.01.        Other Events.**

**Securities and Exchange Commission Concludes Investigation Without Action**

On December 11, 2023, Xponential Fitness Inc. (the "Company") reported that it was contacted by the Securities and Exchange Commission (the "SEC"), requesting that the Company provide it with certain documents. Over the past 18 months, the Company has fully cooperated with the SEC's investigation. On July 1, 2025, the SEC informed the Company that it had concluded its investigation without action.

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: July 2, 2025

**Xponential Fitness, Inc.**

By:    /s/ John Meloun
Name:    John Meloun
Title:    Chief Financial Officer