UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | **ORDER TO EXTEND PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** |

4929-9691-7345.v1

Upon the Joint Stipulation to Extend Page Limits for Motion to Dismiss Briefing, proposed by Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund and defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, (collectively, the "Xponential Defendants"), Anthony Geisler, H&W Investco, LP, H&W Investco II, LP, Snapdragon Capital Partners, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners LLC, and R. Seelaus & Co., LLC (collectively with the Xponential Defendants, "Defendants"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1.  The page limit for Lead Plaintiffs' opposition to the Motion to Dismiss Amended Complaint filed by the Xponential Defendants (ECF 112) is **EXTENDED** to 45 substantive pages, excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits, as identified in L.R. 11-6.1.

2.  The Parties will meet and confer and file a stipulation regarding the page limit for the Xponential Defendants' reply in support of their Motion to Dismiss Amended Complaint following the filing of Lead Plaintiffs' opposition to the Motion to Dismiss Amended Complaint.

3.  This Order shall not affect the page limits for any responses by Lead Plaintiffs to any other outstanding motion or request filed by any defendant.

**IT IS SO ORDERED**.

Dated:  August 26, 2025

The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

- 1 -

4929-9691-7345.v1