**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| In re Xponential Fitness Securities Litigation | 8:24-cv-00285-JWH-KES |
| PLAINTIFF(S) | |
| v. | |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/1/2025 | 112, 113, 114 | NOTICE OF MOTION |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐  The document is stricken
☑  The hearing date has been rescheduled to    Friday, November 14, 2025    at    9:00 AM    .
☐  A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐  Other:

Dated:    8/27/2025

By: _____
U.S. District Judge, John W. Holcomb

G-112B (07/24)    ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT