UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | [PROPOSED] ORDER DENYING DEFENDANTS H&W ENTITIES' AND SNAPDRAGON'S MOTION TO DISMISS |

4937-1200-5476.v1

Having considered the papers submitted in support of and in opposition to Defendants H&W Entities' and Snapdragon's Motion to Dismiss the Amended Consolidated Complaint (ECF 113) (the "Motion"), the argument of counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is DENIED;

2.    Defendants H&W Investco, LP, H&W Investco II, LP, and Snapdragon Capital Partners shall file and serve their answer to the Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 104) within 30 days after date of this Order.

**IT IS SO ORDERED**.


DATED: _____    _____
THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

- 1 -

4937-1200-5476.v1