John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Thomas A. Zaccaro, State Bar No. 183241
tzaccaro@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant*
*Anthony Geisler*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES <br><br> CLASS ACTION <br><br> Hon. John W. Holcomb <br> Courtroom 9D, Santa Ana <br><br> **NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE SUPPLEMENTED CONSOLIDATED COMPLAINT [ECF 127]** <br><br> Date:      November 14, 2025 <br> Time:      9:00 a.m. <br><br> Action Filed:  February 9, 2024 |

- 1 -
JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on November 14, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9D, 9th Floor, Santa Ana, California 92701, Defendant Anthony Geisler, by and through his undersigned attorneys, will join and hereby does join in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in their Reply Memorandum in Support of Motion to Dismiss the Supplemented Consolidated Complaint ("Motion to Dismiss"), ECF No. 127 (the "Reply").

Mr. Geisler specifically joins in the Reply in its entirety, including the memorandum of points and authorities, and all associated documents and exhibits, all records in this action, and any additional material and arguments as may be considered in connection with the hearing on the Motion to Dismiss to the extent applicable to the claims against Mr. Geisler, and respectfully requests that the Court dismiss all claims asserted against him with prejudice for the reasons stated therein.

Dated: October 14, 2025          HUESTON HENNIGAN LLP

By: _____
John C. Hueston
Vicki Chou
Thomas A. Zaccaro
Spencer M. Schmider

*Attorneys for Defendant*
*Anthony Geisler*