SIMPSON THACHER & BARTLETT LLP
JONATHAN YOUNGWOOD, SBN 350373
jyoungwood@stblaw.com|
SIMONA G. STRAUSS, SBN 203062
2475 Hanover Street
Palo Alto, CA  94304
Telephone: 650-251-5000
Facsimile: 650-251-5002

*Attorneys for Defendants H&W Investco, LP,
H&W Investco II, LP, and
Snapdragon Capital Partners*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **DEFENDANTS H&W INVESTCO, LP, H&W INVESTCO II, LP AND SNAPDRAGON CAPITAL PARTNERS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS** |
| | Date:        December 3, 2025<br>Time:        10:00 a.m. |
| | Action Filed:  February 9, 2024 |

Defendants H&W Investco, LP, H&W Investco II, LP, and Snapdragon Capital Partners, by and through their undersigned counsel, hereby file this Notice of Supplemental Authority in support of their motion to dismiss (ECF No. 113).  In *State Teachers Retirement System of Ohio v. ZoomInfo Technologies, Inc.*, Case No. 3:24-cv-05739, 2025 WL 3013683 (W.D. Wash. Oct. 28, 2025), the court dismissed a claim brought under Section 20(a) of the Securities Exchange Act against an entity that was allegedly a controlling shareholder of the company and allegedly controlled by the company's Chief Executive Officer.  A true and correct copy of the *ZoomInfo* decision is attached hereto as Exhibit A.

DATED:  December 2, 2025

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *Jonathan K. Youngwood*
Jonathan K. Youngwood

Attorneys for Defendants H&W Investco, LP, H&W Investco II, LP, and Snapdragon Capital Partners

2