UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:24-cv-00285-JWH(KESx) | Date | December 3, 2025 |
|---|---|---|---|
| Title | *In re Xponential Fitness Securities Litigation* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Douglas R. Britton | Jeffrey David Lombard |
| Jeremy Warren Daniels | Michael D. Celio |
| Peter Ko | Thomas A. Zaccaro |
| | Patrick T. Hein |
| | Jonathan K. Youngwood |
| | Simona Strauss |

**Proceedings:    HEARING RE: DEFENDANT'S MOTION TO DISMISS [112 & 113]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, Defendant's Motions to Dismiss [ECF Nos. 112 & 113] are taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

Time:  1:44
Initials of Preparer: cla