ROBBINS GELLER RUDMAN
  & DOWD LLP
PETER KO (191994)
JEREMY W. DANIELS (351347)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
pko@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) |
| | CLASS ACTION |
| | PLAINTIFFS' NOTICE OF SUBSEQUENT EVENTS |

4913-6829-6349.v1

TO: THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that after the oral argument on December 3, 2025, regarding Defendants'[1] motions to dismiss (ECF 112, 113):

1.    Xponential agreed to pay $17 million – according to the Federal Trade Commission ("FTC"), the "largest amount ever to go back to consumers in a franchise case"[2] – based on a complaint alleging numerous franchise rule violations and deceptive practices; and

2.    Xponential agreed to pay $22.75 million to more than 500 current and former franchisees who alleged misstatements and omissions by the Company or "an affiliate thereof."[3]

**A.    The FTC Settlement**

The FTC complaint against Xponential filed on March 18, 2026, in *Federal Trade Commission v. Xponential Fitness, Inc., et al.*, No. 8:26-CV-00610 (C.D. Cal.), is attached hereto as Exhibit A and, in brief, alleges defendants in the case:

---

[1]    "Defendants" refers to Xponential Fitness, Inc. ("Xponential" or the "Company"), John Meloun, Mark Grabowski, Brenda Morris, Chelsea Grayson, Anthony Geisler ("Geisler"), H&W Investco, LP, H&W Investco II, LP, Snapdragon Capital Partners, BofA Securities, Inc., Jefferies LLC, Morgan Stanley & Co. LLC, Guggenheim Securities, LLC, Piper Sandler & Co., Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Roth Capital Partners, LLC, and R. Seelaus & Co., LLC.

[2]    Press Release, FTC, FTC Secures Settlement Against Exponential Fitness for Franchise Rule Violations (Mar. 18, 2026), https://www.ftc.gov/news-events/news/press-releases/2026/03/ftc-secures-settlement-against-xponential-fitness-franchise-rule-violations (hereinafter "Mar. 18, 2026 FTC Press Release").

[3]    *See* Xponential's Annual Report on Form 10-K, filed with the U.S. Securities and Exchange Commission on March 4, 2026.  The relevant portion of the Form 10-K is attached hereto as Exhibit D.  In addition, in August 2025, prior to argument in this case, Xponential entered into a Consent Order with the State of Washington Department of Financial Institutions Securities Division, based on findings its Franchise Disclosure Documents ("FDDs") "failed to disclose the founder and CEO of Xponential Fitness and his litigation involvement and misrepresented the time and cost to open a franchise location."  *See* dfi.wa.gov/sites/default/files/documents/securities-orders/S-24-3786-25-CO01_0.pdf.  The Consent Order enjoined Xponential from further violations and held the Company liable for $5,400 in costs.

- 1 -

- misrepresented and omitted key information about the costs and risks of operating a franchise, including "dramatically understat[ing]" the typical time to open a franchise;

- after disclosing Geisler as the CEO or manager in FDDs for 2017 and 2018, omitted him as a principal officer or manager in FDDs from 2019 to 2024;

- failed to fully disclose Geisler's or the Company's litigation history; and

- failed to disclose, or provided outdated contact information for, franchisees who had ceased operating a franchise.

Defendants in that case did not admit or deny the allegations but stipulated to entry of an order to pay $17 million and directing other relief. The Court entered the order on March 30, 2026. The stipulation and order are attached hereto as Exhibits B and C. According to the FTC, the $17 million "will be returned to franchisees [and] is the largest amount ever to go back to consumers in a franchise case." Mar. 18, 2026 FTC Press Release.

**B.     The Franchisee Settlement**

Separately, Xponential's March 4, 2026 Form 10-K disclosed:

On November 2, 2023, the Company received a letter from plaintiffs' counsel purporting to represent unspecified current and former franchisees requesting settlement discussions. On July 31, 2024, plaintiffs' counsel provided the Company with a list of approximately 250 current and former franchisees, certain of which franchisees consist of more than one individual, that it claimed to represent in this matter. The franchisees allege they were aggrieved by purported misstatements and omissions by the Company or an affiliate thereof. On January 7, 2025, plaintiffs added 50 additional current and former franchisees to their prior list. On April 22, 2025, as a result of mediation, the parties agreed in principle to settle this matter. This matter was settled on

- 2 -

4913-6829-6349.v1

December 29, 2025 for $22,750, which settlement amount will be paid in four installments, commencing in fiscal year 2026 and concluding in fiscal year 2028.  A total of 509 current and former franchisees are party to the settlement agreement.[4]

DATED:  April 1, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
PETER KO
JEREMY W. DANIELS

s/ Peter Ko
PETER KO

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
pko@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Additional Counsel

---

[4]  Xponential's Form 10-K indicates that amounts are listed in thousands, so "$22,750" equates to $22,750,000.

- 3 -

4913-6829-6349.v1