Thad Behrens (SBN 196322)
ALLEN OVERY SHEARMAN STERLING US LLP
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: 214-271-5812
thad.behrens@aoshearman.com

Daniel Lewis (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
ALLEN OVERY SHEARMAN STERLING US LLP
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | Case No. 8:24-cv-00285-JWH (KESx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN THE XPONENTIAL DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO DKT. 142** <br><br> Hon. John W. Holcomb <br> Courtroom 9D, Santa Ana <br><br> Action Filed: February 9, 2024 |

NOTICE OF JOINDER OF THE UNDERWRITER
DEFENDANTS IN THE XPONENTIAL DEFENDANTS'
SUPPLEMENTAL BRIEF IN RESPONSE TO DKT. 142

8:24-CV-00285-JWH (KESx)

<u>**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**</u>

PLEASE TAKE NOTICE that defendants BofA Securities, Inc., Guggenheim Securities, LLC, Jefferies LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., R. Seelaus & Co., LLC, Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, and Roth Capital Partners, LLC (collectively, the "Underwriter Defendants"), by their undersigned attorneys, submit this joinder in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in their Supplemental Brief in Response the Court's Scheduling Notice and Order of March 27, 2026, ECF No. 142 (the "Brief").

Specifically, the Underwriter Defendants, to the extent applicable to the claims asserted against them, join in Sections II.B and II.D of the Brief, and any additional material and arguments as may be considered in connection with the Xponential Defendants' motion for an order dismissing the Amended Consolidated Complaint for Violations of the Federal Securities Laws pursuant to Federal Rule of Civil Procedure 12(b)(6), and respectfully request that the Court dismiss all claims asserted against the Underwriter Defendants under Sections 11 and 12 of the Securities Act of 1933 with prejudice for the reasons stated therein.

DATED: April 10, 2026     Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

*/s/     Thad Behrens*
Thad Behrens (SBN 196322)
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: 214-271-5812
thad.behrens@aoshearman.com

1

Daniel Lewis (*pro hac vice*)
Benjamin Klebanoff (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
daniel.lewis@aoshearman.com
benjamin.klebanoff@aoshearman.com

Zeeshan Ahmedani (SBN 198908)
1900 Avenue of the Stars Suite 425
Los Angeles, CA 90067
Telephone: +1.424.512.7157
Facsimile: +1.424.512.7199
zeeshan.ahmedani@aoshearman.com

*Attorneys for Underwriter Defendants*

NOTICE OF JOINDER OF THE UNDERWRITER
DEFENDANTS IN THE XPONENTIAL DEFENDANTS'
SUPPLEMENTAL BRIEF IN RESPONSE TO DKT. 142

8:24-CV-00285-JWH (KESx)