John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Thomas A. Zaccaro, State Bar No. 183241
tzaccaro@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:  (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant*
*Anthony Geisler*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | <u>CLASS ACTION</u> |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **NOTICE OF DEFENDANT ANTHONY GEISLER'S JOINDER IN THE XPONENTIAL DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO DKT. 142** |
| | Action Filed:  February 9, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Anthony Geisler, by and through his undersigned attorneys, hereby joins in the arguments made by Defendants Xponential Fitness, Inc., John Meloun, Mark Grabowski, Chelsea Grayson, and Brenda Morris (the "Xponential Defendants") in their Supplemental Brief in Response to Dkt. 142 ("Supplemental Brief").

Mr. Geisler specifically joins in the Supplemental Brief in its entirety, including any additional material and arguments as may be considered in connection with the Defendants' pending Motion to Dismiss the Amended Complaint to the extent applicable to the claims against Mr. Geisler, and respectfully requests that the Court dismiss all claims asserted against him with prejudice for the reasons stated therein.

Dated:  April 10, 2026                    HUESTON HENNIGAN LLP


By:  /s/ Thomas A. Zaccaro
     Thomas A. Zaccaro
     *Attorneys for Defendant*
     *Anthony Geisler*