SIMPSON THACHER & BARTLETT LLP
JONATHAN YOUNGWOOD, SBN 350373
jyoungwood@stblaw.com|
SIMONA G. STRAUSS, SBN 203062
2475 Hanover Street
Palo Alto, CA  94304
Telephone: 650-251-5000
Facsimile: 650-251-5002

*Attorneys for Defendants H&W Investco, LP,
H&W Investco II, LP, and
Snapdragon Capital Partners*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE XPONENTIAL FITNESS SECURITIES LITIGATION | CASE NO. 8:24-cv-00285-JWH-KES |
| | CLASS ACTION |
| | Hon. John W. Holcomb<br>Courtroom 9D, Santa Ana |
| | **DEFENDANTS H&W INVESTCO, LP, H&W INVESTCO II, LP AND SNAPDRAGON CAPITAL PARTNERS' RESPONSE TO DKT. NO. 142** |
| | Action Filed:  February 9, 2024 |

Defendants H&W Investco, LP, H&W Investco II, LP, and Snapdragon Capital Partners ("Defendants"), by and through their undersigned counsel, hereby file this response to the Court's March 27, 2026 order requesting supplemental briefing addressing how, if at all, the Ninth Circuit's decision in *Construction Laborers Pension Trust of Greater St. Louis v. Funko Inc.*, 166 F.4th 805 (9th Cir. 2026), affects the pending motions to dismiss. *See* Dkt. No. 142.

Defendants respectfully submit that *Funko* has no bearing on the arguments made in Defendants' Motion to Dismiss the Amended Consolidated Complaint, Dkt. No. 113, with respect to control person liability other than to the extent Plaintiffs fail to plead an underlying Section 10(b) violation. Defendants join in the arguments made in the Supplemental Brief filed by the Xponential Defendants, Dkt. No. 145, with respect to *Funko* and Section 10(b).

DATED: April 10, 2026

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *Jonathan K. Youngwood*
　　　Jonathan K. Youngwood

Attorneys for Defendants H&W Investco, LP, H&W Investco II, LP, and Snapdragon Capital Partners

2

H&W INVESTCO, LP, H&W INVESTCO II, LP AND SNAPDRAGON CAPITAL PARTNERS' RESPONSE TO DKT. NO. 142
CASE NO. 8:24-cv-00285-JWH-KES